IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LESTHER ANTON MONTALVAN           )
ARANA,                            )
                                  )
            Petitioner,           )
      v.                          )      Case No. 3:25-cv-464
                                  )      Judge Stephanie L. Haines
KRISTI NOEM *et al.*,             )
                                  )
            Respondents.          )
                                  )

## ORDER

Lesther Anton Montalvan Arana ("Petitioner") is an immigration detainee who is currently being held at the Moshannon Valley Processing Center ("MVPC") in Clearfield County, Pennsylvania. On December 3, 2025, Petitioner submitted a "Petition for Writ of Habeas Corpus" (the "Petition") and later, on February 2, 2026, filed a Motion for Temporary Restraining Order. ECF Nos. 1, 5. At this time, pending before the undersigned is the Temporary Restraining Order (T.R.O.), wherein Petitioner seeks an order from this Court preventing the Executive Office of Immigration Review ("EOIR") from conducting any additional proceedings in which Petitioner "may receive" a removal order until his Habeas Petition is fully adjudicated. ECF No. 5, p. 4. Also in his T.R.O, despite acknowledging Petitioner's decision "to not complete service of the Habeas Petition" in accordance with the Court's order of December 16, 2025, Petitioner also requests that this Court immediately rule on his Habeas Petition. ECF No. 5, p. 2-3.

Pursuant to Federal Rule of Civil Procedure 65:

The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:

(A) *specific facts* in an affidavit or a verified complaint *clearly show* that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

1

(B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

FED. R. CIV. P. 65(b)(1) (emphasis added).

Upon review of Petitioner's Motion for a T.R.O., **IT IS HEREBY ORDERED** that Petitioner's Motion at ECF No. 5 is **DENIED** as he fails to meet the requirements of Rule 65.

**IT IS FURTHER ORDERED** that to the extent Petitioner seeks resolution of his pending Habeas Petition, a Case Management Order will be filed contemporaneously with this Order detailing service instructions and requirements; and,

**IT IS FURTHER ORDERED** all remaining matters in this case remain referred to the Magistrate Judge for consideration in the first instance.

DATED: February 3, 2026                    BY THE COURT:

STEPHANIE L. HAINES
UNITED STATES DISTRICT JUDGE