**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LESTHER ANTON MONTALVAN ARANA,    )
)
)
)
)
    Petitioner,    )    No. 3:25-cv-464
)
  vs.    )    District Judge Stephanie L. Haines
)    Magistrate Judge Peter E. Ormsby
KRISTI NOEM *et al.*,    )
)
)
    Respondents.    )

## ORDER

On December 3, 2025, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. ECF No. 1. Thereafter, Respondents submitted an Order of the Immigration Judge dated February 5, 2026, granting Petitioner voluntary departure pursuant to 8 U.S.C. § 1229(c) by June 5, 2026. ECF No. 17. On this date, a search of the online ICE Detainee Locator shows no records for Petitioner.

Within ten (10) days of today's date, Respondents shall file a status report updating the Court regarding the status of this matter. If Petitioner is no longer within Respondent's custody and/or the United States, the status report shall include relevant documentation.

AND NOW, this 4th day of August 2026, IT IS SO ORDERED.

BY THE COURT:

_____
    Peter E. Ormsby
    United States Magistrate Judge

1